

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                                                  CR NO. 1:05-CR-10038-02-T

RICHARD ROBERSON

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on November 1, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1, 2, 3, 4 and 5 of the Indictment.

This case has been set for sentencing on **Thursday, February 2, 2006 at 8:45 A.M.**

The defendant is allowed to remain on present bond.

IT IS SO ORDERED.

                                                  JAMES D. TODD
                                                  UNITED STATES DISTRICT JUDGE
                                                  DATE: 1 November 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-4-05

54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:05-CR-10038 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT